IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIRECTV, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. H-04-351 |
| § | |
| JAVIER LOPEZ, *et al*, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

On January 24, 2005, the parties consented to proceed before a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c), for all further proceedings, including trial and entry of final judgment (Docket Entry #87). The parties advised the court that an amicable settlement had been reached, and on June 1, 2005, the court entered an order dismissing the matter, without prejudice, to the right of any party to move for reinstatement within 60 days (Docket Entry #91). To date no such motion has been filed, therefore, it is

ORDERED that this case is DISMISSED, without prejudice.

This is a FINAL JUDGMENT.

The Clerk shall enter this Final Judgment and provide a true copy to all counsel of record.

Signed, at Houston, Texas, this 29th day of July, 2005.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE